**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Stanley Fishman, | ) | No. CIV 07-0589-PHX-RCB |
| | ) | |
| Plaintiff, | ) | **O R D E R** |
| | ) | |
| vs. | ) | |
| | ) | |
| AIG Insurance Co., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## *Background*

The court assumes familiarity with its order filed on November 30, 2007 (doc. 11) wherein it discussed, among other things, the requirement that plaintiff properly serve the defendant in this action. In that order the court gave "plaintiff . . . sixty (60) days from the date [thereof] in which to either (1) properly serve defendant in accordance with the applicable law, or (2) file a waiver of service as Fed. R. Civ. P. 4(d) allows." Doc. 11 at 7. On December 26, 2007, the Clerk of the Court issued a summons to "A.I.G. Insurance Co." ("AIG"). Doc. 12. On that same

1  day, plaintiff was provided with a copy of that summons.  To date,
2  there is no indication that defendant AIG has either been served or
3  filed a waiver of service.
4      Also on December 26, 2007, plaintiff filed what the court
5  is construing as a motion for default judgment.  See Doc. 13.
6  There is likewise no indication that this "motion" has been served
7  upon defendant AIG.

### *Discussion*

As previously explained, "[b]ecause defendant has not been properly served, the court lacks jurisdiction to consider" this most recent motion for a default judgment.  See Doc. 11 at 7.  Even if defendant had been properly served, the court would deny this motion without prejudice because plaintiff did not, as he was previously instructed, "comply with the detailed procedures for seeking [a default judgment] as set forth in Fed. R. Civ. P. 55 and the case law construing that Rule[.]"  See id.  This "motion" also is not "in proper form[,]" as the court also previously advised plaintiff that it must be.  See id.  Accordingly,

IT IS ORDERED that plaintiff's "motion" for a default judgment (doc. 13) is DENIED without prejudice to renew.

DATED this 9th day of January, 2008.

_____
Robert C. Broomfield
Senior United States District Judge

Copy to AIG National Insurance Company, Inc.

- 2 -